## FINANCIAL DISCLOSURE REPORT

AO-X
Rev. 1/89

Annual Report Due by May 15 from Judicial Officers and certain Judicial Employees (28 USCA App. I, §§ 301-09)

| Person Reporting (Last name, first, middle initial) | Court or Organization | Date of Report |
|---|---|---|
| Wilson, Samuel Grayson | U.S. District Court, Western District of Virginia | 3/7/90 |
| Title | Date of Entry/Nomination/Termination (only if initial or final report) | Reporting Period (Calendar year, or inclusive dates) |
| Nominee, U.S. District Judge | 3/6/90 | 1/1/89 - 2/20/90 |
| Home or office address | | |
| 315 Coventry Lane, Roanoke, VA 24014 | | |

**IMPORTANT NOTES:** *Please read the instructions accompanying this form. The report should include information pertaining to your spouse and dependent children, if any. Attach additional sheets if needed, identifying each attachment by showing your name, the date of the report, and the section(s) being completed. Complete all sections, checking the NONE box for each section where you have no reportable information. Compare and reconcile this report with last year's and list items in the same order as last year. Type or print clearly. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 15-17 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| NONE (No reportable positions) | |
| General Partner | Woods, Rogers & Hazlegrove |
| General Partner | 105 Franklin Road Associates |
| Board of Governors | Virginia State Bar |

## II. AGREEMENTS. (Reporting individual only; see p. 17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| NONE (No reportable agreements) | |
| | See attachment |
| | |
| | |

## III. NON-INVESTMENT INCOME. (Partial disclosure for spouse; see pp. 18-20 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| NONE (No reportable non-investment income) | | |
| | Woods, Rogers & Hazlegrove; partnership distribution | $ 178,250.17 |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Wilson, Samuel Grayson | Date of Report<br>3/7/90 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS—transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| X NONE (No such reportable reimbursements or gifts) | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| X NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; see pp. 22-24 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| NONE (No reportable liabilities) | | |
| Signet Bank | Line of Credit | M |
| | | |
| | | |
| | | |
| | | |

| VALUE CODES: | J = $0 to $1,000<br>N = $50,001 to $100,000 | K = $1,001 to $2,500<br>O = $100,001 to $250,000 | L = $2,501 to $25,000<br>P = over $250,000 | M = $25,001 to $50,000 |
|---|---|---|---|---|

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Samuel Grayson | ..3/7/90 |

## VII. INVESTMENTS and TRUSTS—Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during period — Amt. Code 1 (A-H) | B. Type (e.g. div.) | C. Gross value at end of period — Value Code 2 (J-P) | C. Value Method Code 3 (Q-W) | D. Transactions during period — Type (e.g. sold) | D. Date: Month-Day | D. Value Code 2 (J-P) | D. Gain Code 1 (A-H) | D. Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 The New Economy Fund, Shares in Mutual Fund (DC) | D | div. | M | T | | | | . | |
| 2 Treas. Securities, Series P (DC) | A | | L | T | | | | | |
| 3 Treas. Securities, Series Q (DC) | A | | M | T | | | | | |
| 4 Peaches Entertainment Corp. | B | sale | J | T | | | | | |
| 5 Cornell Resorts Ltd. Common stock(s) | A | | M | W | | | | | |
| 6 Preferred Checking and Money Market Accounts, Signet Bank | B | interest | M | T | | | | | |
| 7 Woods, Rogers & Hazlegrove Employee Retirement Plan | C | interest | M | T | | | | | |
| 8 Woods, Rogers & Hazlegrove Capital Interest | A | | M | U | | | | | . |
| 9 Woods, Rogers & Hazlegrove Interest in Work-in-Progress | A | | M | U | | | | | |
| 10 105 Franklin Road Associates Capital Interest | C | dist. share | M | U | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

1 Income/Gain Codes:   A = $1,000 or less; E = $2,501 to $5,000; B = $1,001 to $2,500; F = $15,001 to $50,000; C = $2,501 to $5,000; G = $50,001 to $100,000; D = $5,001 to $15,000; F = over $100,000

2 Value Codes:   J = $15,000 or less; N = $250,001 to $500,000; K = $15,001 to $50,000; O = $500,001 to $1,000,000; L = $50,001 to $100,000; P = over $1,000,000; M = $100,001 to $250,000

3 Value Method Codes:   Q = Appraisal; U = Book value; R = Cost (real estate only); V = Other; S = Assessed value; W = Estimated; T = Cash/market

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Wilson, Samuel Grayson | Date of Report<br>3/7/90 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate section of Report.)

☐ Check to affirm that differences in investments from those reported in prior year are exempt from disclosure.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Signature: _Samuel G. Wilson_   Date: 3/7/90

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (28 U.S.C.A. APP.1 § 104. AND 18 U.S.C. § 1001.)

### FILING INSTRUCTIONS:

1. Mail signed original and 3 additional copies to:   Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

2. Deliver one copy to the Clerk of the Court on which you sit or serve. (Judicial employees not associated with a specific court, such as employees of the Administrative Office and the Federal Judicial Center, need not file a copy with any court.)

Digitized by Google